Kenneth Ford WISHON, Appellant,

v.

Mark RUPP, Sheriff Newton County, Arkansas; County Commissioners, Newton County, Arkansas; Jane Doe; John Doe, 1 through 10, Appellees.

No. 00–3140.

United States Court of Appeals, Eighth Circuit.

Submitted July 3, 2001.

Decided July 11, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Kenneth Ford Wishon appeals from the district court's[1] grant of summary judgment in his 42 U.S.C. § 1983 action. After de novo review, *see Dulany v. Carnahan,* 132 F.3d 1234, 1237 (8th Cir.1997), we conclude that the district court's judgment was correct and should be affirmed.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable H. Franklin Waters, Unites States District Judge for the Western District of Arkansas.